DARREN & JOLYNN MARCEL, JR.                                                      10-13147

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

109
60-249 / 433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding
MARCEL, DARREN PAUL, JR., MARCEL, JOLYNN MARIE (10-13147 B)
92006495527766
COMBINED SMALL CHECK

TID # 380220

Date   08/15/2011

$ ***********4.13

~~~Four Dollars and 13/100

Pay to the Order of   Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑂302493⑂: 92006495527766⑂

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228982     - KW
* * C O P Y * *
August 16, 2011
14:07:25

UNC.UNDER$25
10-13147

Debtor.: DARREN PAUL MARCEL
Trustee: Aaron Caillouet
Amount.:              $4.13 CH
Check#.: 109

Total-> $4.13

FROM: CAILLOUET

8/16/11

Deposit to 106000
Treasury Account

Due To
Iberia bank   $2.51
Entergy LA., LLC   1.62
                   $4.13

Printed: 08/15/11 11:29 AM  
Page: 1

## Claims Distribution Small Checks

**Trustee: AARON CAILLOUET (380220)**

**Case:** 10-13147 - MARCEL, DARREN PAUL, JR.

| Account No. | Check No. | Issued | Claim No. | Filed | Payee/Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920064955277766 | 109 | 08/15/11 | | | Payee: Clerk, U.S. Bankruptcy Court | | | Check Amount: | | $4.13 |
| | | | 1 | 09/20/10 | 610 | IBERIABANK | 210.80 | 210.80 | 2.51 | 2.51 |
| | | | 4 | 02/24/11 | 610 | Entergy Louisiana, LLC | 136.78 | 136.78 | 1.62 | 1.62 |

(*) Denotes objection to Amount Filed